JANET WEINERMAN et al., Respondents, v. MADISON BENNETT, Appellant.—

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.